NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ELIZABETH RUTH DABNEY,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

_____

2013-3149

_____

Petition for review of the Merit Systems Protection Board in No. AT0752120448-I-1.

_____

**ON MOTION**

_____

### O R D E R

Elizabeth Ruth Dabney moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

DABNEY V. USPS                                                    2

                                        FOR THE COURT


                                         /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk

s26